IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GAIL DURKIN,                    )
                                )
            Plaintiff,          )        8:06CV324
                                )
     v.                         )
                                )
SAS INSTITUTE, INC.,            )        ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the parties' stipulation for extension (Filing No. 5).  Pursuant thereto,

IT IS ORDERED that the defendant shall have until June 5, 2006, to respond to plaintiff's complaint.

DATED this 22nd day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court