IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GAIL DURKIN,                   )
                               )
            Plaintiff,         )         8:06CV324
                               )
      v.                       )
                               )
SAS INSTITUTE, INC.,           )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the motion to withdraw as counsel for SAS Institute, Inc. (Filing No. 11).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; Brian J. McGrath and the law firm of Lamson, Dugan and Murray is deemed withdrawn as counsel for defendant.

DATED this 16th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court