IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GAIL DURKIN,                      )
                                  )
              Plaintiff,          )        8:06CV324
                                  )
        v.                        )
                                  )
SAS INSTITUTE, INC.,              )        ORDER
                                  )
              Defendant.          )
_____)
```

This matter is before the Court on the stipulation for joint motion for dismissal with prejudice (Filing No. 59). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own court costs.

DATED this 16th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court